1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | KIRK ARDELL SJODIN, JR.,

12 |       Plaintiff,

13 |       v.

14 | STATE OF CALIFORNIA, et al.,

15 |       Defendants.

Case No.  1:23-cv-00454-SAB

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE AN AMENDED APPLICATION WITHIN THIRTY DAYS

(ECF No. 2)

16

17 Plaintiff Kirk Ardell Sjodin, Jr. ("Plaintiff"), currently incarcerated at the Purgatory

18 Correctional Facility in Hurricane, Utah and proceeding *pro se*, filed this civil rights action

19 pursuant to 42 U.S.C. § 1983.  (ECF No. 1.)  Along with the complaint, Plaintiff filed an

20 application to proceed without prepayment of fees in this action.  (ECF No. 2.)  However,

21 Plaintiff's application is not properly completed.  Plaintiff does not write in a response to question

22 number one, and Plaintiff does not attach a certified account statement to his application as

23 required.  Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without

24 prepayment of fees in this action as the application is not complete.

25       Accordingly, IT IS HEREBY ORDERED that:

26       1.     Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED

27              without prejudice;

28       2.     The Clerk of the Court is DIRECTED to provide Plaintiff a new application to

1    proceed without prepayment of fees (AO 240) form;

2    3.    Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an

3    application to proceed *in forma pauperis* which includes a certified copy of his trust

4    account statement showing transactions for the past six months; and

5    4.    Failure to file a complete application to proceed *in forma pauperis* in compliance

6    with this order will result in the recommendation that this action be dismissed.

7

8    IT IS SO ORDERED.

9    Dated:   **March 27, 2023**

UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28